UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60184-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PETER EDWIN STUYVESANT,

        Defendant.
_____/

### ORDER

This matter is before the Court upon Defendant Peter Edwin Stuyvesant's Motion for Return of Passports [D.E. 156] upon referral by the Honorable William J. Zloch. *See* D.E. 157. The Court notes that although Defendant appears to be represented in this matter by attorney Albert Levin, Defendant has filed the pending Motion *pro se*. Rule 11.1(d)(4), Local Rules, S.D. Fla., however, requires that "[w]henever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney of such party, and to the opposite party . . . ." Thus, the Court **DENIES** Defendant's Motion without prejudice to renew through his attorney.

**DONE AND ORDERED** this 2nd day of May 2011.

                                                      ROBIN S. ROSENBAUM
                                                      UNITED STATES MAGISTRATE JUDGE

cc: Hon. William J. Zloch

      Counsel of Record

      Peter Edwin Stuyvesant, *pro se*
      Armstrong, Bitterman, & Payne
      P.O. Box 154
      Calcium, NY 13616