UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60184-CR-ZLOCH/ROSENBAUM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PETER EDWIN STUYVESANT,

        Defendant.
_____/

## ORDER

      This matter is before the Court upon Defendant Peter Edwin Stuyvesant's Motion for Return of Passports [D.E. 161] upon referral by the Honorable William J. Zloch. *See* D.E. 162. In his Motion, Defendant Stuyvesant seeks the return of his British passport surrendered during the pretrial proceedings in this case. He explains that he would like to obtain his British passport because he wishes to apply to the British government for a treaty transfer, and the British passport serves as the only way that Defendant can prove his British citizenship. *See* D.E. 161.

      The Government opposes Defendant's Motion, stating that Defendant's British passport is being maintained in the Clerk's Office of District Court for the Northern District of New York. *See* D.E. 164 at 2. When a defendant has been adjudicated guilty, the Government explains, it is the practice of the Clerk's Office of the District Court for the Northern District of New York to forward foreign passports to Immigration and Customs Enforcement while such individuals are incarcerated or serving a term of probation or supervised release. Accordingly, the Government has alerted the Clerk's Office in the Northern District of New York of Defendant's conviction.

While the Government has set forth the process of what happens to a foreign passport maintained in the Northern District of New York upon a defendant's conviction, it has not indicated any reason whatsoever for opposing the return of Defendant's British passport. Nor does this Court independently ascertain such a basis.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Defendant's Motion for Return of Property [D.E. 164] is hereby **GRANTED**. The United States of America shall return Defendant's British passport to his attorney by **July 8, 2011**.

**DONE AND ORDERED** this 15th day of June 2011.

Robin S. Rosenbaum
United States Magistrate Judge

cc: Hon. William J. Zloch

All Counsel of Record